IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

BRUCE MURRAY,
Petitioner,

v.

DONALD VAUGHN, et al.,
Respondents.

CIVIL ACTION
NO. 98-5866

## ORDER

AND NOW, this 24th day of June, 2015, it is **ORDERED** that Petitioner Bruce Murray's Motion for Reconsideration Relief [From] Judgment Pursuant to Rule 60(b)(1, 2, 3, 4) New Exception to Default Rule Actual Innocence (ECF No. 45) is **DENIED**. Murray's Request that the Court take Judicial Notice of the Adju[d]icative [F]acts Pursuant to FRCP 20 U.S.C.A. 201 (ECF No. 46) is also **DENIED**. No certificate of appealability will issue because reasonable jurists would not debate the correctness of this court's procedural ruling. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:   Copies **MAILED** on _____ to:

O:\ABB 2015\L - Z\Murray v Vaughn order denying 60(b).docx