# EXHIBIT 1

B. MURRAY
FED LIT 2022

| MOBILE CRIME DETECTION SERVICE REPORT | CITY OF PHILADELPHIA POLICE DEPARTMENT LABORATORY DIVISION | MOBILE LAB. NO. ML-80-1845 |
|---|---|---|

| OFFENSE OR INCIDENT | CODE | C.C. NO. | DATE OF REPORT |
|---|---|---|---|
| Homicide | | 17-66758 | 12-17-80 |

| COMPLAINANT | AGE | RACE | SEX | ADDRESS |
|---|---|---|---|---|
| Eric Dellegall | 21 | N | M | 2414 Montrose St. |

| PLACE OF OCCURRENCE  ☒ INSIDE  ☐ OUTSIDE | DATE AND TIME OF OCCURRENCE |
|---|---|
| 2414 Montrose St. | 12-16-80  5:47 PM. |

| NOTIFIED BY | UNIT | DATE AND TIME NOTIFIED | TIME ARRIVAL SCENE | TIME DEPARTURE SCENE |
|---|---|---|---|---|
| Sgt.Rosenstein # | HOM. | 12-16-80 6:30 PM. | 7:19 PM. | 9:20 PM. |

| INVESTIGATOR ASSIGNED AT SCENE  ☒Yes ☐No  Lory # | UNIT HOM. | TECHNICIAN ASSIGNED POL.L.Sprague # | TECHNICIAN ASSISTED Tech.N.Genoy |
|---|---|---|---|

| LOCATION OF SERVICES  ☒INSIDE ☐OUTSIDE | WEATHER CONDITIONS |
|---|---|
| 2414 Montrose St. | Cloudy/Cold |

| PHOTOGRAPHS ☒1Yes ☐2No | TOTAL TAKEN 8 | NUMBER TO BE PRINTED PROOFS 3  8X10 1 Each | TOTAL PRINTED PROOFS 3  8X10 1 Each |
|---|---|---|---|

### DISTRIBUTION OF PHOTOGRAPHS

| SIZE | DATE DELD. | UNIT | RECD. BY | UNIT | RECD. BY | UNIT | RECD. BY |
|---|---|---|---|---|---|---|---|
| PROOFS | 12-17-80 | HOMICIDE | COM.OFF. | | | | |
| 8" X 10" | 12-17-80 | HOMICIDE | COM.OFF. | | | | |

| SKETCH MADE  ☒Yes Rough ☐No | DATE COMPLETED 12-16-80 |
|---|---|

| LATENT PRINTS ☐1 Examination ☒2 No Examination | RESULTS ☐1 Pos. ☐2 Neg. | IDENTIFIABLE ☐1 Yes ☐2 No | TYPE ☐1 Finger ☐2 Palm ☐3 Other |
|---|---|---|---|

SUMMARY OF SERVICES AND EVIDENCE (Para. A – Summary, Para. B – Evidence, include Property Receipt Numbers)

A. **DIRECTION OF SERVICES:** On Tuesday, 12-16-80, the assigned MCDU personnel met Det.Lory # Homicide Unit at 2414 Montrose St. and at his request performed the following services.

B. **PHOTOGRAPHS:** Taken by POL.L.Sprague # MCDU.
 #1. View looking N. in the living room.
 #2. View looking S. in the living room, towards the dining room.
 #3. View in living room, showing a coat, red stain and shotgun bolt on floor.
 #4. Closeup view showing the shotgun bolt under the front of the sofa.
 #5. Closeup view showing the coat on the living room floor.
 #6. View showing items on top of the dresser, in the 2nd floor middle bedroom.
 #7. View showing items in the top drawer of the dresser, in the 2nd floor middle bedroom.
 #8. Closeup view showing a spent shotshell, that was under the coat on the living room floor. Also a shotshell wadding.

C. **PHYSICAL EVIDENCE:** The following evidence was collected by POL.L.Sprague and submitted to the Chemical Lab on PR#806238.
 #1. One brown suede coat, size 38, from the living room floor. 7' S. of the N. wall and 4'6" E. of the W. wall. 7:50 PM.

 The following evidence was collected by POL.L.Sprague and submitted to the Firearms Identification Unit on PR#806239.
 #1. One metal rifle or shotgun bolt, from living room floor, 7'8" S. of the N. wall and 4'8" W. of the E. wall. 7:45 PM.
 #2. One spent Remington-Peters, 20 gauge shot shell, from the living room floor, 4'6" E. of the W. wall and 7'6" S. of the N. wall. 7:55 PM.
 #3. One shot shell wadding, from the living room floor, 7'4" S. of the N. wall and 4'8" E. of the W. wall. 8:00 PM.      (CONTINUED)

| DISTRIBUTION OF REPORTS | | | | DATE FORWARDED |
|---|---|---|---|---|
| 1 MCDU | 2 (3)HOMICIDE | 3 | 4 | 12-18-80 |

| TECHNICIAN ASSIGNED Pol. L. Sprague # | UNIT SUPERVISOR Sgt John C. Hurst | UNIT COMMANDER |
|---|---|---|

75-305 (Rev. 5/65)

H80-444BruceMurrayHFile406

| INVESTIGATION REPORT | | | | | | | PHILADELPHIA POLICE DEPARTMENT | | |
|---|---|---|---|---|---|---|---|---|---|
| YR. 80 | DIST. OF OCCUR. 17 | DC. NO. (2-7) 17 66758 | | INITIAL (49)<br>SUPPLEMENTAL (52)<br>Continuation (51) X Sheet 2 of 2 | ☐ Class. Change<br>☐ Status Change<br>☐ Additional Info.<br>☐ Court Disposition | DISTRICT (8-9) 17 | | | SECTOR (10) |
| PREVIOUS CLASSIFICATION HOMICIDE | | CODE | | | | DIST./UNIT PREPARING MCDU | CODE (11-12) | REPORT DATE 12-17-80 | |
| CLASSIFICATION | | CODE (14-17) | PLACE OF OCCURRENCE (18-34) 2414 Montrose St. | | | J.A.D. INVESTIGATIONS (35) 1. ☐ Male 2. ☐ Female | | Juvenile Offenders 3. ☐ Adult Offenders | |
| COMPLAINANT (Use firm name) (36-52) Eric Dellegall | | | AGE (80-81) 21 | RACE (82) 2. ☒ N 4. ☐ PR 1. ☐ W 3. ☐ C 5. ☐ O | SEX (83) 1. ☒ M 2. ☐ F | ADDRESS 2414 Montrose St. | | | PHONE |
| TYPE OF PREMISES (53-55) | DATE AND TIME REPORTED | | REPORTED BY | | | ADDRESS | | | |
| DATE OF OCCURRENCE (56-61) 12-16-80 | DAY CODE (62) | TIME (63-65) 5:47PM. | FOUNDED (66) ☒ Yes ☐ No | STATUS (67) | 1. ☐ Active 2. ☐ Inactive — not cleared | | 3. ☐ Arrest — cleared 4. ☐ Exceptionally cleared | | UNIT |
| STOLEN PROPERTY (68) | 1. ☐ Currency, Bonds, etc.<br>2. ☐ T.V., Radio, Stereo<br>3. ☐ Office Equipment | 4. ☐ Jewelry, Precious Metals<br>5. ☐ Household Items (Furniture, Washers)<br>6. ☐ Consumer Items (Liquor, Cigarettes, etc.) | | 7. ☐ Autos<br>8. ☐ Clothing<br>9. ☐ Firearms | A. ☐ Furs<br>B. ☐ Misc.<br>C. ☐ Live Stk. | PROPERTY VALUE (69-73) $ | RECOVERED VALUE (74-78) $ | INSURED ☐ Yes ☐ No | OCCURRENCE (79) ☐ Inside ☐ Out |

CONTINUATION OF ML-80-1845

D. SKETCH: A sketch of the first floor inside 2414 Montrose St. was made by Tech. N. Genoy at the scene. A finished sketch, to scale, will be made and three copies forwarded to the Homicide Unit.

E. REMARKS: No other services were requested at this time.

| INVESTIGATOR (Type and Sign Name) | SERGEANT | LIEUTENANT |
|---|---|---|
| Pol L. Sprague # [redacted] | John C. [signature] [redacted] | |

75-49 (Rev. 12/74)

B. MURRAY FED LIT 2022

H80-444BruceMurrayHFile407

DISTRICT FILE