# EXHIBIT 25

12-16-80   Jens

1-6-81   Gregory Strickland — admits to being scene

3-11-81   Ed Randolph says he was told by Little
(Greg) (HOLDEN) that Bruce, Scotty shot Boos and
he (Greg) & Harry were waiting outside.
Says Strickland told him he was there & saw
Douglas Haughton run down the steps

3-13-81   Gregory Strickland — Denies he spoke to
Randolph
Says? (ANTHONY BURTON) Bruce & Scot did it

Doesn't know who they are (last name)

3-20-80   Holden arrested based on
Randolph's statement

B. MURRAY
FED LIT 2022

STATEMENT OF:

DATE:

CONCERNING:

75-331

H80-444BruceMurrayHFile088