# EXHIBIT 27

| INVESTIGATION INTERVIEW RECORD CONTINUATION SHEET | CITY OF PHILADELPHIA POLICE DEPARTMENT |
|---|---|
| NAME: GREGORY STRICKLAND | PAGE: 4    CASE NO. H80-444 |

RE-INTERVIEWED 3-13-81 7:00 pm Rm 06 PAB
(LORY # ▮▮▮▮)

Q. Do you know Edward Randolph?
A. Yes

Q. What is your relationship with Randolph?
A. I've known him all my life from the neighborhood.

Q. Did you speak to Randolph shortly after Kaboobie's murder?
A. No I didn't.

Q. Do you know Douglas Houghton?
A. Yes - from the neighborhood.

Q. Did you tell Randolph that you saw Houghton run out of Kaboobie's house just after he was shot?
A. No.

Q. Why would Randolph lie to us about this?
A. I don't know.

Q. Did anyone tell you who did this killing?
A. Anthony Burton (▮▮▮▮) he's in jail now, he told me that Bruce + Scot did it, Lonnie Davis (▮▮▮▮▮▮▮▮), Antonio Clark (▮▮▮▮) all said that Bruce + Scot did it. But these are things that they heard. They didn't see it by the way they were talking. When I ran to my house after the shooting, A

Gregory Strickland

75-483 A      H80-444BruceMurrayHFile312

| INVESTIGATION INTERVIEW RECORD | CITY OF PHILADELPHIA |
| CONTINUATION SHEET | POLICE DEPARTMENT |

| NAME | PAGE | CASE NO. |

75-483 A

B. MURRAY
FED LIT 2022

H80-444BruceMurrayHFile313

| INVESTIGATION INTERVIEW RECORD CONTINUATION SHEET | CITY OF PHILADELPHIA POLICE DEPARTMENT |
|---|---|
| NAME GREGORY STRICKLAND | PAGE 5  CASE NO. H80-444 |

saw Miss Philis & her grandfather were going into her house.

Q. I show you PPN's ███████ do you recognize anyone?

A. The first one I used to see at 20 & Carpenter. The second one is Douglas Haughton. I don't know the 3rd one. Douglas Haughton's 2 nephews Eric Miller and Thomas Horton 25 st & Carpenter. They told me after the murder the same night. That Kaloobie got what he deserved and that Douglas got paid today and that he bought a gun. Eric was doing the talking and Thomas was just agreeing with him.

Q. Who are Bruce & Seat?

A. I never heard of them.

Gregory Strickland

75-483 A                                                    H80-444BruceMurrayHFile314

| INVESTIGATION INTERVIEW RECORD | CITY OF PHILADELPHIA |
| CONTINUATION SHEET | POLICE DEPARTMENT |

| NAME | PAGE | CASE NO. |
|---|---|---|
| | | |

75-483 A

H80-444BruceMurrayHFile315

| INVESTIGATION INTERVIEW RECORD CONTINUATION SHEET | CITY OF PHILADELPHIA POLICE DEPARTMENT |
|---|---|
| NAME: GREGORY STRICKLAND | PAGE 6 — CASE NO. H80-444 |

POLYGRAPH — CONNOR — DI

1) DYKFS? NO

2) DID YOU SEE? NO

3) TAKE ME TO GUN?

4) DID ELLIOT BURTON TELL YOU BRUCE + SCOTT SHOT KABOOBIE? YES

75-483 A    H80-444BruceMurrayHFile316

| INVESTIGATION INTERVIEW RECORD CONTINUATION SHEET | CITY OF PHILADELPHIA POLICE DEPARTMENT |
|---|---|
| NAME | PAGE | CASE NO. |

75-483 A

B. MURRAY
FED LIT 2022

H80-444BruceMurrayHFile317