# EXHIBIT 49

| INVESTIGATION INTERVIEW RECORD | PHILADELPHIA POLICE DEPARTMENT HOMICIDE DIVISION | CASE NO. H80-444 E. DeLeagal |
|---|---|---|
| | | INTERVIEWER McNesby-Luby |

| NAME Tyrone L. Wesson | AGE 18 | RACE N/M | DOB [redacted] |
|---|---|---|---|
| ADDRESS [redacted] | APARTMENT NO. | | PHONE NO. [redacted] |

| NAME OF EMPLOYMENT/SCHOOL none | | SOC. SEC. NO. [redacted] |
|---|---|---|
| ADDRESS OF EMPLOYMENT/SCHOOL none | DEPARTMENT | PHONE NO. |

DATES OF PLANNED VACATIONS
none

DATES OF PLANNED BUSINESS TRIPS
none

NAME OF CLOSE RELATIVE
[redacted] (FATHER)

ADDRESS 1029 So. 18th St.     PHONE NO. [redacted]

| PLACE OF INTERVIEW PAB rm #104 Sub #115 | DATE 9-11-82 | TIME 1:10P PM |
|---|---|---|
| BROUGHT IN BY Police | DATE 9-11-82 | TIME 10AM |

WE ARE QUESTIONING YOU CONCERNING
Murder of Eric DeLeagal on 12-16-80 at about 5:45PM inside of 2414 Montrose St.

WARNINGS GIVEN BY _____   DATE ____   TIME ____

ANSWERS  (1)  (2)  (3)  (4)  (5)  (6)  (7)

Q. You understand that you are arrested for the murder of Eric DeLeagal, AKA KABOOBIE. I want you to go on in your own words and tell me what you know concerning this incident?

A. Gregory Holden had been talking about robbing KaBoobie for several days. On the day of the incident I was over Gregory Holdens house and Douglas Houghten, Bruce Murray Gregory Holden and Larry Thorpe were there too. Holden was planning this robbery. Larry Thorpe was like overseeing the whole thing. Kaboobie had worked for Elliot Burton dealing drugs. He was doing marijuana, cocaine, cough syrup and things like that. There was this thing between Thorpe and Holden and Burton over some guns and they wanted to get even, so they decided on robbing Kaboobie. We all decided that Douglas and Holden would be lookouts while me and Murray went in.   contd.

RECORD ☐ Yes ☐ No     CHECKED BY

REVIEWED BY _____    *Tyrone L. Wesson* (signature)

75-483 (Rev. 7/82)     H80-444BruceMurrayHFile253

B. MURRAY FED LIT 2022

| INVESTIGATION INTERVIEW RECORD<br>CONTINUATION SHEET | CITY OF PHILADELPHIA<br>POLICE DEPARTMENT | | |
|---|---|---|---|
| NAME  Tyrone L. Wesson | | PAGE  2 | CASE NO.  H80-444 |

A. We all walked over to Montrose St. where Kaboobie lived. Gregory Holden and Douglas Houghten waited outside somewhere. I don't know exactly where they waited, but they waited. Larry Thorpe didn't go with us, I don't know hwere he went. Me and Bruce Murray went to the door, I knocked on the door and Kaboobie answered. Bruce asked if he had any reefer, Kaboobie asked what he wanted, Bruce sadi XXXXXXXXXXXX he was looking for some weight, an ounce. Kaboobie then said to come in. Nobody else was inside. Kaboobie went down into the cellar and came back with the marijuana. When he came back he wanted to see the money. Bruce was stalling around when Kaboobie asked for the money and Kaboobie noticied the stall and right after that he reached for his gun. He looked at me and I looked at him and went to reach for his gun and I tried to grab it. He had a 32 revolver in his front waistband under his shirt. It was a 32 short, nickel plated with plastic rose colored red handles. We began to tussle for it at the same time. Me gun, I had a sawed off 20ga. bolt action shotgun in a paper bag, fell to the carpet during the struggle. I had grabbed Kaboobie and had hold of him and his gun and was trying to pick my gun up off the floor and as I got hold of it Kaboobie got a little loose and grabbed the shotgun and his fingers was on the trigger and as we scuffled the shotgun went off. When it went off it hit Kaboobie in the chest area. Kaboobie went down and I lost my grip on the gun and I saw Kaboobie going for his gun while he was on the floor and I just tried to get away from him and then I heard Bruce Murray shooting. By this time Kaboobie had gotten his gun out and was shooting and XXXXXXXXXXXXXXXXXXXXX Bruce Murray was shooting back at Kaboobie. I ran out of the house, to [redacted], thats Bruce Murrays house.

Q. What happened to the shotgun?

A. I don't know, I never saw it any more.

*Tyrone L. Wesson* (signature)

75-483 A                                   H80-444BruceMurrayHFile254

| INVESTIGATION INTERVIEW RECORD<br>CONTINUATION SHEET | CITY OF PHILADELPHIA<br>POLICE DEPARTMENT | |
|---|---|---|
| NAME | PAGE | CASE NO. |

B. MURRAY
FED LIT 2022

75-483 A

| INVESTIGATION INTERVIEW RECORD CONTINUATION SHEET | CITY OF PHILADELPHIA POLICE DEPARTMENT | |
|---|---|---|
| NAME Tyrone L. Wesson | PAGE 3 | CASE NO. H80-44 |

Q. Where did you get the shotgun?

A. At Gregory Holdens house, I don't know whose gun it was.

Q. What kind of gun did Bruce Murray have?

A. A revolver, I don't know what kind.

Q. When did you next see Bruce Murray?

A. The same night

Q. What did Larry Thorpe say about the planning?

A. He was advising us about Elliot Burton, about how Burton is armed and would shoot, telling us the best time to do it, stuff like that. Larry said that all the stuff would be in the basement.

Q. How long have you known Douglas Houghten?

A. Thru the neighborhood for years.

Q. How long have you known Larry Thorpe?

A. For years.

Q. How long have you known Bruce Murray?

A. He's my cousin.

Q. How long have you known Gregory Holden?

A. For years.

*[signed] Tyrone L. Wesson*

75-483 A

H80-444BruceMurrayHFile256

| INVESTIGATION INTERVIEW RECORD CONTINUATION SHEET | CITY OF PHILADELPHIA POLICE DEPARTMENT | |
|---|---|---|
| NAME | PAGE | CASE NO. |

B. MURRAY FED LIT 2022

75-483 A

| INVESTIGATION INTERVIEW RECORD CONTINUATION SHEET | CITY OF PHILADELPHIA POLICE DEPARTMENT | |
|---|---|---|
| NAME Tyrone L. Wesson | PAGE 4 | CASE NO. H80-444 |

Q. Have you ever discussed this shooting with anybody?

A. No, I never discussed it with anyone.

Q. Det. Gerrard is showing you a series of photographs, I want you to look thru them and tell me if you can identifiy any of them?

A. Spread #1 ------ Yes, PP# [redacted] thats Douglas Houghten

Spread #2 ------ Yes, PP# [redacted], thats Gregory Holden.

Spread #3 ------ Yes, PP# [redacted], that Bruce Murray, my cousin, and PP# [redacted], I know that guy, they call him Iman.

Spread #4 ------ Yes, PP# [redacted] Thats Larry Thorpe.

Q. Except for the photo of the male that you know as Iman, the other four males are the same four males we have been discussing here, is that correct?

A. Yes.

Q. Do you know tis male (Shows PP# [redacted])

A. Yes, thats Kaboobie.

Q. Can you read and write the English language?

A. Yes,

Q. How far did you go in school?

A. 11th grade, [redacted]

Q. Have you understood everything that has been said to you?

*[signature: Tyrone L. Wesson]*

5-483 A

B. MURRAY FED LIT 2022

H80-444BruceMurrayHFile258

| INVESTIGATION INTERVIEW RECORD<br>CONTINUATION SHEET | CITY OF PHILADELPHIA<br>POLICE DEPARTMENT | |
|---|---|---|
| NAME | PAGE | CASE NO. |

B. MURRAY
FED LIT 2022

75-483 A

H80-444BruceMurrayHFile259

| INVESTIGATION INTERVIEW RECORD CONTINUATION SHEET | CITY OF PHILADELPHIA POLICE DEPARTMENT | | |
|---|---|---|---|
| NAME Tyrone L. Wesson | | PAGE 5 | CASE NO. H80-444 |

A. Yes.

Q. You have had a chance to speak to your father and mother prior to this interview is that correct?

A. Yes.

Q. Is there anything you wish to add?

A. Yes, this shooting was accidental, I was just trying to stop Kaboobie from shooting me. He pulled on the gun and it went off, I just ran after that.

Q. Was anything taken from Kaboobies house?

A. No.

*Tyrone L. Wesson* (signature)

B. MURRAY FED. LIT 2022

75-483 A

H80-444BruceMurrayHFile260

| INVESTIGATION INTERVIEW RECORD CONTINUATION SHEET | CITY OF PHILADELPHIA POLICE DEPARTMENT | |
|---|---|---|
| NAME | PAGE | CASE NO. |

B. MURRAY FED LIT 2022

75-483 A

H80-444BruceMurrayHFile261