# EXHIBIT 52

# HUP — HOSPITAL OF THE UNIVERSITY OF PENNSYLVANIA

## EMERGENCY SERVICES MEDICAL REPORT

1988 NOV -6 PM 8 58

**PATIENT'S NAME:** Murray, Bruce
**DATE:** 12/16/80
**TIME:** 8:32 PM

**HISTORY & PHYSICAL:**
20 y.o. B♂ shot 2 hours ago in ® forearm by .22 pistol at ~ 8 feet away. Pt is (R handed). States ō numbness, tingling, ↓ strength, just pain at entrance site.

PE: T 98.6  P = 96  144/70  R 100  14/70
2×3 cm irreg entrance wound ® dorsal forearm ~ 8-9 cm from elbow. N/V intact, good radial pulse, poor ulnar bilat. Bullet is palp sq medial (2 cm + prox 1 cm) from entrance site.

"bullet in soft tissue, no fx"

**X-RAY TYPE:** PA + lat left forearm

**DIAGNOSIS:** 1. S/P gunshot ® forearm

**TREATMENT & STANDING ORDERS:** Tetanus toxoid, bullet removed under local anest via entrance site. Irrig copiously c̄ ½ str. betadine, ½ str. H₂O₂ + then NS via 20 cc syringe, 20 gauge needle.

**DISPOSITION:** ☒ Treated and Discharged

**DISCHARGE CONDITION:** ☒ Satisfactory

**DISCHARGE MEDICATIONS:** 1. Tylenol #2 — ō ii PO q 4°

**DISCHARGE INSTRUCTIONS:** Wound care + soft tissue injury sheets, soak TID. Ret for wound ✓ by Dr. Costa, q o d. 1st one thurs 12/18 2 PM

HOSPITAL OF THE UNIVERSITY OF PENNSYLVANIA
EMERGENCY SERVICES DEPARTMENT

B MURRAY FED LIT 2022 (watermark)
BruceMurrayDAOFiles0421
MEDICAL RECORDS

# HUP
## EMERGENCY SERVICES
## PATIENT INFORMATION REPORT

59 29 49 5553   6/7/60

MURRAY BRUCE
2300 S DICKERSON ST
PHILA PA 19145

BUFFER   12/16/80

| Field | Value |
|---|---|
| Arrival Date | 12/16/80 |
| Arrival Time | 8:35 PM |
| Brought In By | Sister |
| Patient's Name | Murray Bruce |
| Age | 30 |
| Race | B |
| Sex | M |
| M.S. | O |
| Religion | Muslim |
| Type | E |
| Service | E/R |
| Doctor No. | 010462 |
| Guarantor | Murray Bruce - Same |
| Person to be notified | Mother - Same |

Signature: Bruce Murray   Relationship: Self

| SERVICE | QTY. | SERVICE | QTY. | SERVICE | QTY. |
|---|---|---|---|---|---|
| **EMERGENCY ROOM** | | Emer Drugs  80500051 | | Differential  20400748 | |
| Emer. Sv. Visit  80100019 | 1 | Unna Boot  80500069 | | Dilantin Level  20101366 | |
| Suture Removal  80101017 | | **EMERGENCY SERVICES — OTHER** | | Glucose  20100137 | |
| Emer. Minor Sug.  80100027 | | Walk-In Clinic  82300013 | | HAA Titre  20102059 | |
| Sutures  80100035 | | Renewal Presc.  82300039 | | HBD  20100103 | |
| Cast Rm Usage  80100043 | | Imm Init Injection  82400011 | | Ketone  20100418 | |
| Obs 1 to 4 Hrs.  80100050 | | Imm Ea. Addt'l.  82400029 | | LDH  20100095 | |
| Obs Each Add'l Hr.  80100068 | | BLOOD GAS 18  11100310 | | Mono Spot  20500138 | |
| Obs 12 or More Hrs.  80100076 | | **RESP. THERAPY** | | Platelets  20400107 | |
| Serv Revisit  80100084 | | IPPB Treatment  12100111 | | Pregnancy Test  20102000 | |
| **LABORATORY EMERGENCY** | | Oxygen  12100004 | | Prothrombin (PT)  20400198 | |
| Urinalysis  80200017 | | **LABORATORY** | | Partial Thrombin (PTT)  20400156 | |
| Hematocrit  80200025 | | Alk Phos.  20100129 | | Reticulocytes  20400321 | |
| Gram Stain  80200033 | | ALT (GPT)  20100087 | | RPR Card Test  20500153 | |
| **ORTHOPAEDIC** | | Aminophylline Level  20101374 | | Sedimentation Rate  20400347 | |
| Cast-Extremity Sht.  80300015 | | Amylase  20101317 | | Sickling  20400339 | |
| Cast-Extremity Lng.  80300023 | | AST (GOT)  20100079 | | SMA 6/60  20100525 | |
| Clavicle Splint  80300031 | | Barbiturate Level  20100780 | | Sodium  20100210 | |
| Finger Splint  80300049 | | Bilirubin  20100145 | | Potassium  20100236 | |
| Sling  80300056 | | Blood Group  21100029 | | Chloride  20100053 | |
| Cervical Collar  80300064 | | Blood Type (RH)  21100037 | | CO2  20100061 | |
| **ELECTROCARD** | | BUN  20100020 | | Creatinine  20100913 | |
| EKG  80400013 - 08600017 | | Calcium  20100178 | | Tegretol Level  20103743 | |
| **PHARMACY ER** | | CBC  20400479 | | VDRL  20500187 | |
| PPD & Tetanus  80500010 | 1 | CK (CPK)  20100111 | | WBC  20400065 | |
| Injectables Other  80500028 | 1 | Culture  20200044 | | | |
| SA-Tylenol  80500036 | | Culture (Urine)  20200051 | | | |
| Sp. All Oth.  80500044 | | Drug Sensitivity  20200218 | | | |

① Gunshot wound ® forearm

☒ Treated and Discharged   ☐ Admitted   ☐ Referred PMD   ☐ Refused Medical Aid   ☐ D.O.A.

I CERTIFY THAT SERVICES LISTED ARE RECEIVED

BruceMurrayDAOFiles0422   B. MURRAY EFDLIT 2022

# EMERGENCY ROOM NURSE'S RECORD

Name: Murray, Bruce

| TIME | TEMP. | P | R | B/P | | COMMENTS |
|---|---|---|---|---|---|---|
| | | | | / | 12ᴬ | M.D. removing bullet in © forearm (unloaded) Pt tolerating well. |
| | | | | / | 1³⁵ | Bullet removed. Copious Silvadene by M.D. Pressure applied. Placed in EDs rectal (w/index in TI sheet) + Pt. EJB. Bullet saved for police to be picked up in AM. (locked in Pt box) EJB |
| | | | | / | | |
| | | | | / | | |
| | | | | / | | |
| | | | | / | | |
| | | | | / | | |
| | | | | / | | |
| | | | | / | | |

| MEDICATIONS ||||||
|---|---|---|---|---|---|
| TIME | DRUG | AMT. | ROUTE | SITE | GIVEN BY |
| | | | | | |

| INTAKE || OUTPUT |||
|---|---|---|---|---|
| TIME | FLUIDS/AMT. | TIME | URINE | VOMITUS | OTHER |
| | | | | | |

B. MURRAY
FED LIT 2022
BruceMurrayDAOFiles0423

# HUP — HOSPITAL OF THE UNIVERSITY OF PENNSYLVANIA

## EMERGENCY ROOM NURSES RECORD
### DEPARTMENT OF NURSING

Date: 12-16-80   Time: 8:30
Name: Murray, Bruce (20)
Allergy: Ø   Last Tetanus Year: ?
Presenting Complaint: "Gunshot" to ® arm 2 hrs ago

Health History: Ø

| MEDICATIONS DOSE | LAST TAKEN |
|---|---|
| | |
| | |
| | |
| | |

Signature: E. Butch

| TIME | TEMP. | P | R | B/P | PLACED IN EXAM ROOM: | A.M. | P.M. |
|---|---|---|---|---|---|---|---|
| 8:30 | 98° P.O. | 100 | 16 | 144/70 | COMMENTS: N/V check intact — pulses present — gunshot + surface grazing of ® posterior fore-arm. Bullet lodged in subcutaneous tissue/muscle. 9:00 Being seen by M.D. 9:50 to x-ray 10:55 pm returned from X-Ray | | |

### MEDICATIONS

| TIME | DRUG | AMT. | ROUTE | SITE | GIVEN BY |
|---|---|---|---|---|---|
| 9:00 | Tetanus Toxoid | | | RD | PL |
| 9:20 pm | Ancef | 1 gm | IM | | |

### INTAKE / OUTPUT

| INTAKE | | OUTPUT | | |
|---|---|---|---|---|
| TIME | FLUIDS/AMT. | TIME | URINE | VOMITUS | OTHER |

P.O. _____   Summary Time _____
I.V. _____
Total: _____   Total: _____

### SPECIAL PROCEDURES
- ☐ Soaks
- ☐ Scrub
- ☐ Elevations
- ☐ Irrigations

- ☐ Ace Applied
- ☐ Splint
- ☐ Sling
- ☐ Dressing Applied

### LAB WORK
- ☐ Urine
- ☐ Lab Stix
- ☐ Dextrostix
- ☐ Hct
- Bld ___ Ket ___ Sug ___
- Prot ___ PH ___

### DISCHARGE PLANNING
- ☐ Crutch or cane
- ☐ Wound Care
- ☐ Public Health Referral
- ☐ Social Service
- ☐ Instruction Type
- ☐ ER Inst.
- ☐ Cast Care
- ☐ Medication teaching

B. MURRAY FED LIT 2022
BruceMurrayDAOFiles0424



# REPORT OF ROENTGEN FINDINGS

## DEPARTMENT OF RADIOLOGY

| PATIENT NAME | DATE OF BIRTH | AGE | SEX | DEPARTMENT | MED. REG. | DATE |
|---|---|---|---|---|---|---|
| MURRAY BRUCE | | 20 | M | NONE | 592949 | 16-Dec-80 |

| EXAM | TECHNIQUE | VIEW |
|---|---|---|
| FOREARM (AP & LATERAL) | NIGHT | LEFT |

| REQ. PHYSICIAN | PATIENT LOCATION |
|---|---|
| EMERGENCY SERVICE | EMERGENCY ROOM |

REPORT:

ORDER:  24537

ER NITE

HISTORY:  GSW OF LEFT ARM.

IMPRESSION:  BULLET IN THE SOFT TISSUES OF THE FOREARM.

NO FX.

COMMENT:  THERE IS A SOFT TISSUE DEFECT NOTED ON THE RADIAL ASPECT OF THE LEFT FOREARM.  THERE IS AN UNDERLYING BULLET WITH SURROUNDING AIR IN THE VENTRAL SOFT TISSUES OF THE FOREARM.  THE UNDERLYING BONES ARE INTACT.

T. WEINGRAD, M.D. (R)/CL


BONAVITA JOHN A MD                                                    17-Dec-80

--------------------------------------
    NOT VALID UNTIL SIGNED

BruceMurrayDAOFiles0425