# EXHIBIT 54

| | | | | CITY OF PHILADELPHIA POLICE DEPARTMENT | | CASE NO. H80-444 | |
|---|---|---|---|---|---|---|---|
| CHRONOLOGY OF INTERROGATION AND/OR CUSTODY | | | | | | DC NO. [redacted] | |

| COMPLAINANT (Last Name) (First) (Middle) | | | AGE | RACE | RESIDENCE | | |
|---|---|---|---|---|---|---|---|
| DeLEGAL, ERIC | | | 20 | N | 2414 MONTROSE ST. | | |
| SUSPECT OR DEFENDANT (Last Name) (First) (Middle) | | | AGE | RACE | RESIDENCE | | |
| MURRAY, BRUCE | | | 22 | NM | [redacted] | | |

| DAY AND DATE | TIME BEGUN | ACTION TAKEN | BY WHOM | LOCATION | TIME ENDED | DAY AND DATE | RECORDER |
|---|---|---|---|---|---|---|---|
| SAT. 9-11-82 | 3:00 PM | ARRESTED ON WARRANT 112875 | McNesley Grace | INSIDE 1817 WHARTON ST. | 3:15 | 9-11-82 | Grace [redacted] |
| 9-11-82 | 3:15 | ENRTE. TO MOR. DIV. | Fitzgerald-White | P.A.B. Rm. 104 | 3:50 PM | 9-11-82 | Grace [redacted] |
| 9-11-82 | 3:50 PM | FRISKED PLACED IN INTER. RM.- ENVELOPE FOUND (PILLS) HANDCUFFED | " " | Rm. 107 | 3:35 PM | 9-11-82 | Grace [redacted] |
| 9-11-82 | 3:35 PM | 75-229 | Grace | " " | 3:45 PM | 9-11-82 | Grace [redacted] |
| 9-11-82 | 3:50 PM | Drugs found in cuffs of sweat pants | Gerrard # | P.A.B. Rm. 104 | 4:00 PM | 9/11/82 | Gerrard # [redacted] |
| 9-11-82 | 4:00 PM | Advised & Warned | Gerrard # | P.A.B. Rm. 104 | 4:10 PM | 9/11/82 | Gerrard # [redacted] |
| 9-11-82 | 4:10 PM | Statement | Gerrard # | P.A.B. Rm. 104 | 4:30 PM | 9/11/82 | Gerrard # [redacted] |
| 9-11-82 | 4:30 PM | Read & Signed | Gerrard # | P.A.B. Rm. 104 | 4:35 PM | 9/11/82 | Gerrard # [redacted] |

75-485

H80-444BruceMurrayHFile274

| | | | CITY OF PHILADELPHIA | | CASE NO. |
|---|---|---|---|---|---|
| CHRONOLOGY OF INTERROGATION AND/OR CUSTODY | | | POLICE DEPARTMENT | | H80-444 |
| | | | | | DC NO. ■■■ |

| COMPLAINANT (Last Name) | (First) | (Middle) | AGE | RACE | RESIDENCE |
|---|---|---|---|---|---|
| DeLegal, Eric | | | 20 | N | 2414 Montrose St. |

| SUSPECT OR DEFENDANT (Last Name) | (First) | (Middle) | AGE | RACE | RESIDENCE |
|---|---|---|---|---|---|
| Murray, Bruce | | | 22 | N | ■■■ |

| DAY AND DATE | TIME BEGUN | ACTION TAKEN | BY WHOM | LOCATION | TIME ENDED | DAY AND DATE | RECORDER |
|---|---|---|---|---|---|---|---|
| Sat. 9-11-82 | 4:35 PM | Remained Alone | | Room 104 P.A.B. Interview Rm 117 | 5:00 PM | 9-11-82 Sat | McNesby |
| Sat 9-11-82 | 5:00 PM | Taken to Bathroom, drink water | Det. McNesby | Room 105 P.A.B. | 5:05 PM | Sat 9-11-82 | McNesby |
| Sat 9-11-82 | 5:05 PM | Remained Alone | | Room 104 PAB Interview Rm 117 | 6:05 PM | Sat 9-11-82 | Grace |
| Sat. 9-11-82 | 6:05 PM | Slated for Murd, Robb, Burg etc. By phone | Grace ■■■ | 17th Dist. P/O Corliano | 6:10 PM | Sat 9-11-82 | Grace ■■■ |
| Sat. 9-11-82 | 6:10 PM | Alone | Grace | Rm. 117 | 6:20 PM | Sat 9-11-82 | Grace ■■■ |
| Sat. 9-11-82 | 6:20 PM | Taken to Arr. Crt. | Grace McNesby ■■■ | P.A.B. | 6:35 PM | Sat 9-11-82 | Grace ■■■ |
| Sat. 9-11-82 | 6:35 PM | Pre. Arr. W.O.B for Crt. | MCJ/Present DA. Sorenson P.D. Lacy | Arr. Crt. P.A.B | 6:40 PM | Sat 9-11-82 | Grace ■■■ |

75-485

H80-444BruceMurrayHFile275