# EXHIBIT 63

ACTIVITY SHEET     #5 PLATOON     10:00AM-6:00PM     2-9-83     FUGITIVE SQUAD

H80-444                    DEC: ERIC DELEGAL                    ASSGN: A. LORY

In January of 1983, Judge Riber ordered a line-up identification of defendant Bruce Murray to take place at the detention center on Wednesday, 2-9-83.

Det. Lory proceeded to ▇▇▇▇▇▇ the residence of ▇▇▇▇▇▇ He then proceeded to ▇▇▇▇▇▇ the residence of Gregory Strickland. Both males were then transported to the detention center to view the line-up.

At the detention center, Det Lory was met by Det Wynn of the MCD. Wynn related that there were to be no line-ups this date. He stated that inmates who participated in the line-ups on a voluntary basis were paid .75¢ by the city for acting as "fill ins". With this .75¢, the inamtes almost invariably purchased cigarettes. Cigarettes at the detention center have recently increased in price to .80¢. The inmates have demanded payment of .80¢ for their participation in the line-ups. Det. Wynn stated that he authorized the additional payment of .05¢ to the inamtes however he was admonished by his commanding officer for doing so, and this payment was not going to be granted to the inmates this date. Consequently, the inmates refused to participate in the line-ups and no suspects were viewed this date.

B. MURRAY FED LIT 2022

H80-444BruceMurrayHFile130