# EXHIBIT 82

# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
DOCKET



Docket Number: CP-51-CR-1206031-1982
## CRIMINAL DOCKET
Court Case

Page 2 of 3

Commonwealth of Pennsylvania
v.
Bruce Murray

### CHARGES

| Seq. | Orig Seq. | Grade | Statute | Statute Description | Offense Dt. | OTN |
|---|---|---|---|---|---|---|
| 1 | 1 | | 35 § 780-113 §§A16 | KNOWING/INTENTIONALLY POSS CONTROLLED SUBST | 09/11/1982 | M 122815-0 |
| 2 | 2 | | 35 § 780-113 §§A30 | MFG/DEL/ OR POSS W/I MFG OR DEL CONTRL SUBS | 09/11/1982 | M 122815-0 |

### DISPOSITION SENTENCING/PENALTIES

**Disposition**
Case Event
  Sequence/Description
    Sentencing Judge
      Sentence/Diversion Program Type
        Sentence Conditions

Disposition Date
  Offense Disposition
    Sentence Date
      Incarceration/Diversionary Period

Final Disposition
  Grade  Section
    Credit For Time Served
      Start Date

**Migrated Disposition**

Migrated Dispositional Event — 04/25/1983 — Final Disposition

1 / KNOWING/INTENTIONALLY POSS CONTROLLED SUBST — Not Guilty — 35 § 780-113 §§ A16
  Avellino, Bernard J. — 04/25/1983

2 / MFG/DEL/ OR POSS W/I MFG OR DEL CONTRL SUBS — Nolle Prossed — 35 § 780-113 §§ A30
  Avellino, Bernard J. — 04/25/1983

### COMMONWEALTH INFORMATION

Name: Philadelphia County District Attorney's Office
Prosecutor
Supreme Court No:
Phone Number(s):
  215-686-8000 (Phone)
Address:
  3 South Penn Square
  Philadelphia, PA 19107

### ATTORNEY INFORMATION

Name: Pamela P., Esq.
Private
Supreme Court No: ▮
Rep. Status: Active
Phone Number(s):
Address:
▮

### ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 12/09/1982 | | Unknown Filer |
| Appeal | | | |
| 1 | 04/25/1983 | | Migrated, Filer |
| Migrated Automatic Registry Entry (Disposition) Text | | | |

Exhibit C2

CPCMS 9082

Printed: 11/29/2016

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.