# EXHIBIT 106



### Stir Crazy (1980)
### Release Info

*Edit*

Showing all 57 items

Jump to: Release Dates (20)  |  Also Known As (AKA) (37)

**Release Dates**

| | | |
|---|---|---|
| Canada | 12 December 1980 | |
| USA | 12 December 1980 | |
| UK | 26 March 1981 | |
| Finland | 27 March 1981 | |
| Sweden | 8 April 1981 | |
| Spain | 13 April 1981 | (Barcelona) |
| Spain | 20 April 1981 | (Madrid) |
| France | 29 April 1981 | |
| Ireland | 8 May 1981 | |
| Denmark | 14 July 1981 | |
| Netherlands | 23 July 1981 | |
| Mexico | 31 July 1981 | |
| Japan | 8 August 1981 | |
| Argentina | 20 August 1981 | |
| Australia | 20 August 1981 | |
| Portugal | 3 September 1981 | |
| West Germany | 3 September 1981 | |
| Hungary | 5 May 1983 | |
| Greece | 18 December 2002 | (DVD premiere) |
| Poland | 2 August 2022 | (TV release) |

**Also Known As (AKA)**

| | |
|---|---|
| (original title) | Stir Crazy |

**Stir Crazy**

**Details**
Full Cast and Crew
Release Dates
Official Sites
Company Credits
Filming & Production
Technical Specs

**Explore More**

**User Lists**    *Create a list »*

Related lists from IMDb users


**Liste complète**
a list of 27 titles
created 01 Jul 2021


**Top of 1980**
a list of 25 titles
created 09 Jun 2011


**Films of 1980**
a list of 25 titles
created 24 Jun 2015


**Hidden Gems**
a list of 38 titles
created 7 months ago


**To watch**
a list of 34 titles
created 18 Jun 2015

See all related lists »

**Share** this page:

| | |
|---|---|
| Argentina | Locos de remate |
| Australia | Stir Crazy |
| Brazil | Loucos de Dar Nó |
| Bulgaria (Bulgarian title) | Лудият затвор |
| Canada (French title) | Faut s'faire la malle |
| Canada (English title) | Stir Crazy |
| Denmark | To tosser bag tremmer |
| Finland (video box title) | Mänteillä menee lujaa |
| France | Faut s'faire la malle... |
| Germany | Zwei wahnsinnig starke Typen |
| Greece (transliterated title) | Tora... den mas stamataei tipota! |
| Greece | Τώρα... δεν μας σταματάει τίποτα! |
| Hungary | Dutyi dili |
| India (Hindi title) | स्टिर क्रेज़ी |
| Italy | Nessuno ci può fermare |
| Japan (Japanese title) | スター・クレイジー |
| Lithuania | Pamišėliai kalejime |
| Mexico | Locos de remate |
| Netherlands (Dutch title) (new title) | Twee maffe vogels |
| Norway | To tufser bak gitter |
| Peru | Locos de remate |
| Poland | Czyste szaleństwo |
| Portugal | Dois Amigos em Apuros |
| Serbia | Šašavi robijaši |
| South Africa (English title) | Stir Crazy |
| Soviet Union (Russian title) | Буйнопомешанные |
| Spain | Locos de remate |
| Sweden | Dårfinkarna |
| Turkey (Turkish title) | Beni deli etme |
| Ukraine | Психи в тюрязі |
| Ukraine (alternative title) | Мозок шкереберть |
| Ukraine (alternative title) | Родео за ґратами |
| UK | Stir Crazy |

| | |
|---|---|
| USA (working title) | Prison Rodeo |
| USA | Stir Crazy |
| West Germany | Zwei wahnsinnig starke Typen |

## See also

Full Cast and Crew | Official Sites | Company Credits | Filming & Production | Technical Specs

## Contribute to This Page

Getting Started | Contributor Zone »

**TOP GAP**

By what name was Stir Crazy (1980) officially released in India in English?

Answer

See more gaps »

[Edit page]

Recently Viewed

Get the IMDb App

Help   Site Index   IMDbPro

Box Office Mojo   IMDb Developer

Press Room   Advertising   Jobs

Conditions of Use   Privacy Policy

Interest-Based Ads

© 1990-2022 by IMDb.com, Inc.