# EXHIBIT 108

August 7, 2019

Honorable Judge Anita Brody
601 Market Street #7613
Philadelphia PA 19106

## Honorable Judge Brody,

I am writing to you regarding my affidavit of statement regarding Bruce Murray.

December 1980; I took Scotty to the hospital after he was shot, he told me someone attempted to rob him and because he was underage I took him and used Bruce's medical information; at the time I never knew that Scotty was involved in a murder, I would never have used Bruce's ID; knowing it would have involving Bruce in a murder, that he was not involved in. I was wanted to testify to this fact, but the attorney never called down to testify. I was incarcerated myself at the time of Bruce's trial, No one ever came to see me or talk to me regarding Bruce's case. I don't understand why the attorney did that? his attorney had no regard for my brother's life, I truly believe if they would have heard my testimony, the outcome would have been different. Bruce was with his girlfriend watching my son and niece. While I was out shopping for our mother's surprise birthday party. Bruce always spent time with all of our children, that was what he did. They often went to the park and different neighborhood parties; I remember this so clearly because we had this planned out because of our mother's birthday. I was out early that day until the evening getting things ready for the party. When I came back it was evening, Bruce was going to the movies with his girlfriend. Scotty needed to go to the hospital because he said he was robbed so I just jumped up and took him. A lot of things I don't remember but this isn't one of them, my brother was taken from his family, and it left a hole in our family over the past 39 years. Please help us get my brother back to his family.

State of _____ County of _____

On this _____ day of _____ 20____ before me the undersigned appeared _____ who I am satisfied is/are the person(s) who signed the above instrument and acknowledged that he/she/ they voluntarily executed the same for the uses and purposes expressed in this instrument.

_____ Notary Public

Ex: A