# ATTACHMENT 13

**\*\*BY CERTIFIED MAIL\*\***

TO: BRUCE MURRAY—AY 2900
c/o SCI FOREST

FROM: THE HONORABLE D. WEBSTER KEOGH
516 CITY HALL
BROAD AND MARKET STREETS
PHILADELPHIA, PA 19107

RE: COMMONWEALTH V. BRUCE MURRAY
<u>CP-51-CR 1111091-1982</u>

DATE: MAY 19, 2008

     You were sent a 20-day Notice dated April 2, 2008, pursuant to Pennsylvania Rule of Criminal Procedure 907, of the PCRA Court's Intent to Dismiss your PCRA petition. Enclosed is a court order dated <u>May 13, 2008</u>, dismissing your PCRA petition.

     You have thirty (30) days from the date of the order to file a Notice of Appeal to the Superior Court of Pennsylvania. The Notice must be in writing and must be filed at the following address: Active Criminal Records, Appeals Unit, Room 206 Criminal Justice Center, 1301 Filbert Street, Philadelphia, PA 19107. You must comply with Pennsylvania Rule of Appellate Procedure 906 with respect to Service of the Notice of Appeal. You must serve Judge Keogh with a copy of the Notice of Appeal at 516 City Hall, Broad and Market Streets, Phila., PA 19107. Because your case was dismissed after your attorney submitted a *Finley* Letter, you are no longer eligible to receive the services of an attorney free of charge. You may file the appeal on your own or you can hire an attorney to represent you on appeal.

cc: Robin Godfrey, Chief, PCRA Unit, District Attorney's Office

TO FILE AN APPEAL DEFENDANT MUST FILE AN ORIGINAL AND ONE COPY OF THE NOTICE OF APPEAL, PROOF OF SERVICE AND *IN FORMA PAUPERIS* STATEMENT TO:

The Honorable D. Webster Keogh
District Attorney
Court Reporter
Janet Fasy, Deputy Court Administrator, Court Reporter Administration

(Finley, 907 sent)



CP-51-CR-1111091-1982 Comm. v. Murray, Bruce
Order Dismissing PCRA Petition

2228250541

| COMMONWEALTH VS. | | SUPPLEMENT TO: INDICTMENT NO. |
|---|---|---|
| NAME, A/K/A, ADDRESS, ZIP CODE  Bruce Murray | | YEAR, TERM & NO. CP/11/09-1982 |
| | | THIS CASE INVOLVES NOS. TO |

| STATUS OF DEFENDANT | DOCKET IN CHRONOLOGICAL ORDER (List Charge No. and follow with sentence – signed & dated by Judge) |
|---|---|

### PROCEEDING

| DATE | TYPE | COURTROOM |
|---|---|---|
| 5/13/08 | PCRA | 1106 |

| COURT CLERK | COURT STENO. |
|---|---|
| W. Daniels | |

| ADA | DEF. COUNSEL |
|---|---|
| | McDermott |

| CONT. CODE | CONT. TO RM. | ON (Date) |
|---|---|---|

- [ ] B.W. ISSUED
- [ ] B.W. WITHDRAWN
- [ ] SAME BAIL
- [ ] BAIL SUED OUT
- [ ] NEW BAIL    $ _____

Hon W. Keogh   5/13/08

Proper notice issued, No response. PCRA petition dismissed. Attorney permitted to withdraw - IFP continued.

By the Court

### PROCEEDING

| DATE | TYPE | COURTROOM |
|---|---|---|
| | | |

| COURT CLERK | COURT STENO. |
|---|---|
| | |

| ADA | DEF. COUNSEL |
|---|---|
| | |

| CONT. CODE | CONT. TO RM. | ON (Date) |
|---|---|---|

- [ ] B.W. ISSUED
- [ ] B.W. WITHDRAWN
- [ ] SAME BAIL
- [ ] BAIL SUED OUT
- [ ] NEW BAIL    $ _____

### PROCEEDING

| DATE | TYPE | COURTROOM |
|---|---|---|
| | | |

| COURT CLERK | COURT STENO. |
|---|---|
| | |

| ADA | DEF. COUNSEL |
|---|---|
| | |

| CONT. CODE | CONT. TO RM. | ON (Date) |
|---|---|---|

- [ ] B.W. ISSUED
- [ ] B.W. WITHDRAWN
- [ ] SAME BAIL
- [ ] BAIL SUED OUT
- [ ] NEW BAIL    $ _____

6-288A