UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRUCE MURRAY, | : | Docket Number |
| | : | 98-5866 |
| Petitioner, | : | Honorable Anita B. Brody |
| | : | United States District Judge |
| v. | : | |
| GINA CLARK, SUPERINTENDENT, SCI CHESTER, ET AL., | : | |
| Respondents. | : | |

**ORDER**

AND NOW, this       day of         ,       upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Parties' Joint Stipulations of Fact and Proposed Conclusions of Law, IT IS ORDERED that:

1. Petitioner's request for habeas corpus relief as to claims 4 through 14 of his petition and memorandum, regarding *Brady v. Maryland*, 373 U.S. 83 (1983), is GRANTED and Petitioner's conviction and sentence are VACATED;

2. The petition for a writ of habeas corpus is GRANTED conditionally. Petitioner shall be retried or released from custody within 90 days unless extended by the Court.

BY THE COURT:

_____
ANITA B. BRODY, J.