# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRUCE MURRAY, : | |
|     Petitioner, : | |
| : | CIVIL ACTION |
| v. : | No. 98-5866 |
| : | |
| GINA CLARK, : | |
| SUPERINTENDENT, SCI : | |
| CHESTER, et al., : | |
|     Respondents. : | |

## ORDER

**AND NOW,** this __2nd__ day of June, 2023, upon careful and independent consideration of the Petition for a Writ of Habeas Corpus (ECF Nos. 112, 113, 114), and after review of the Parties' Joint Stipulations of Fact and Proposed Conclusions of Law (ECF No. 119) it is **ORDERED** that:

1. Mr. Murray's request for habeas corpus relief as to claims 4 through 14 of his petition and memorandum, regarding *Brady v. Maryland*, 373 U.S. 83 (1963), is **GRANTED** and his conviction and sentence are **VACATED**; and

2. The petition for a writ of habeas corpus is **GRANTED** conditionally. Mr. Murray must be retried or released from custody within 90 days unless extended by the court.

                                                          S/Anita B. Brody
                                                          ANITA B. BRODY, J.

Copies ecf _____ to: