# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRUCE MURRAY, | : | |
| | : | |
| Petitioner, | : | **Civil Action** |
| v. | : | |
| | : | NO. 98-5866 (AB) |
| DONALD VAUGHN, | : | |
| et al., | : | |
| | : | |
| Respondents. | : | |

## STATUS UPDATE

On June 2, 2023, this Court conditionally granted Murray's petition for a writ of habeas corpus and ordered that state authorities release him from custody unless he is retried within 90 days. ECF No. 120. That deadline was then extended by this Court.

On October 11, 2023, the Honorable Lillian H. Ransom of the Philadelphia Court of Common Pleas granted the undersigned's motion for *nolle prossequi* in Bruce Murray's pending state criminal matter. Murray has since been released from custody, and the Court may mark this matter as closed.

Respectfully submitted,

/s/ *David Napiorski*
DAVID J NAPIORSKI
Assistant District Attorney